UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                )
JOHN ADESALU,                                   )
                                                )
            Plaintiff,                           )
                                                )
    v.                                          )            Civil Action No. 07-2187 (PLF)
                                                )
MICHAEL J. OPPS, Acting Chairman,               )
  United States Feda                            )
  Communications Commission,                    )
                                                )
            Defendant.[1]                        )
_____         )

ORDER ND JUDGMENT

For the reasons stated in the Opinion issued this same day, it is hereby

ORDERED that defendant's motion for summary judgment [13] is GRANTED;
it is

FURTHER ORDERED that judgment is entered for the defendant on all claims;
and it is

FURTHER ORDERED that the Clerk of this Court shall remove this case from
the docket of this Court. This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: March 31, 2009

_____

[1]    Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes as defendant the Acting Chairman of the FCC, Michael J. Copps, for former Chairman Kevin J. Martin.